GEORGE LEDGERWOOD v. STATE.

No. A-430.   Opinion Filed March 21, 1911.

Appeal from Comanche County Court; James H. Wolverton, Judge.

Appellant was convicted in the county court of Comanche county on a charge of violating the prohibitory law, and appeals.   Affirmed.

Hamon & Ellis, for appellant.
Fred S. Caldwell, for appellee.

PER CURIAM.   The case-made in this case was not filed in the county court of Comanche county and is therefore stricken from the record.   Counsel for appellant urge no errors as disclosed by the transcript, and finding none depriving the appellant of a substantial right, the judgment of the court below is affirmed.

---

GEORGE LEDGERWOOD v. STATE.

No. A-429.   Opinion Filed March 21, 1911.

Appeal from Comanche County Court· James H. Wolverton, Judge.

Appellant was convicted in the county court of Comanche county on a charge of violating the prohibitory law, and appeals.   Affirmed.

Hamon & Ellis, for appellant.
Fred S. Caldwell, for appellee.

PER CURIAM.   The case-made in this case was not filed in the county court of Comanche county and is therefore stricken from the record.   Counsel for appellant urge no errors as disclosed by the transcript, and finding none depriving the appellant of a substant al right, the judgment of the court below is affirmed.

---

T. A. FLEEMAN v. STATE.

No. A-440   Opinion Filed March 21, 1911

Appeal from Beckham County Court; Fleetwood Bell, Judge.

Appellant was convicted in the county court of Beckham county on a charge of unlawfully pointing a pistol, and appeals.   Affirmed.

Harrison & Hendrix, for appellant.
Smith C. Matson, Asst. Atty. Gen., for appellee.